# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cr278

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| WILLIAM CHRISTOPHER WOOTEN. ) | |
| _____ ) | |

**THIS MATTER** is before the court on request of counsel for defendant for continuation of appointment. Earlier, defendant applied for and received appointed counsel based upon receipt of a target letter and a showing of indigency. In furtherance of such appointment, counsel secured a Bill of Information and negotiated a plea to that charging instrument, as evidenced by the plea agreement and Bill of Information filed herein. In due course, such matter has been set for initial appearance and a Rule 11 hearing. Counsel has requested a continuation of such appointment now that a criminal action has been opened. Finding that counsel has diligently performed her duties, that she has provided services commensurate with those of privately retained counsel in the representation of grand jury targets, see CJA Plan § VIII(A), and that continued representation by previously appointed counsel is in the further interest of the efficient administration of justice, the request will be allowed. Such appointment shall apply *nunc pro tunc* to any time, expense, or travel not covered by the previous appointment.

# ORDER

**IT IS, THEREFORE, ORDERED** that based on the earlier application of defendant and the affidavit of indigency, and upon request of counsel, Ms. Victoria Jayne is **APPOINTED** as counsel for defendant in the above captioned case.

Signed: January 18, 2011

Dennis L. Howell
United States Magistrate Judge